UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00065 |
| | ) | JUDGE SHARP |
| JOSHUA LEE ALAN EICHEL | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Date (Docket No. 123).

The motion is GRANTED and the sentencing hearing scheduled for April 11, 2014, is hereby rescheduled for Thursday, May 8, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE