PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name: Joshua Eichel          Docket Number: 3:13CR00065-01

Name of Current Judicial Officer: The Honorable Waverly D. Crenshaw, Jr., Chief U.S. District Judge

Name of Sentencing Judicial Officer: The Honorable Kevin H. Sharp, U.S. District Judge

Date of Original Sentence: May 8, 2014

Original Offense: 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute and to Distribute 1,000 Kilograms or More of Marijuana

Original Sentence: 135 months' custody followed by five years of supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: October 14, 2021

Assistant U.S. Attorney: To Be Determined      Defense Attorney: To Be Determined

---

The Court orders:

☐ No Action Necessary at this Time
☒ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 8th day of September, 2022, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

JaMita L. BoBo
U.S. Probation Officer

Honorable Waverly D. Crenshaw, Jr
Chief U.S. District Judge

Place: Nashville, Tennessee

Date: September 7, 2022

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall not commit another federal, state, or local crime.** |

According to a complaint obtained by the probation officer, on August 15, 2022, Mr. Joshua Eichel was involved in a single car crash on Smith Springs Road in Nashville, Tennessee. Tennessee Highway Patrol (THP) Trooper Schaaf came across a vehicle with no occupants, so Trooper Schaaf ran the registration of the vehicle through dispatch and the owner was identified as Joshua Eichel. The vehicle was towed from the scene.

The complaint also states that on August 16, 2022, Trooper Schaaf made contact with Mr. Eichel at his residence. The report stated Mr. Eichel admitted to driving the vehicle at the time of the accident and stated he left the scene to walk to his aunt's home and didn't think to report the accident.

The probation officer made contact and spoke with Mr. Eichel on August 16, 2022, at his home. When the probation officer arrived at Mr. Eichel's residence, she noticed a THP vehicle sitting outside of his home. The probation officer asked if he had any recent contact with the police, and Mr. Eichel stated they were there filing a report due to a single car accident in which he was involved. He told the probation officer that on August 15, 2022, a car was driving in both lanes on Smith Springs Road and he tried to avoid being hit. He added that when he swerved, his car ran into the ditch and that caused the damage. Mr. Eichel said he was disoriented and couldn't find his phone, so he left the scene to walk to his aunt's home who lives nearby. He stated that once he returned to the scene his car was gone.

On August 16, 2022, the probation officer also spoke with THP troopers Schaaf and Pineda. They told the probation officer that Mr. Eichel was being charged with Leaving the Scene of an Accident and Failure to Report the Accident. They stated that when they arrived at the accident, the vehicle did not have an occupant, so they towed the vehicle from the scene.

Mr. Eichel is to appear in Davidson County General Sessions Court on November 2, 2022, for the charges noted above.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Joshua Eichel began his term of supervised release on October 14, 2021, and his supervision is due to terminate on October 13, 2026. He is currently self-employed with J&K Transport and resides in Nashville, Tennessee. All his random drug tests have been negative.

**U.S. Probation Officer Recommendation:**
The probation officer is recommending no further action be taken by the Court at this time so that Mr. Eichel can remain on supervised release, resolve his pending state charges, and not incur any future violations. If any convictions result from these pending charges, the probation officer will notify the Court accordingly.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer